sf-tubbs mtn to withdraw-order.txt

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 1: 05-CV-00601-WYD-MJW

JOSHUA BRUDWICK, KATHRYN RHODES

    Plaintiffs,

v.

JOHN G. MINOR, SUMMIT COUNTY SHERIFF; BOARD OF COUNTY COMMISSIONERS OF SUMMIT COUNTY; THOMAS WICKMAN, CHIEF OF FRISCO POLICE DEPARTMENT; TOWN OF FRISCO; DAVID TUBBS; MEADOW CREEK VILLAS PHASE II HOMEOWNERS ASSOCIATION; DEREK WOODMAN; SHARON RUSZEZYK; BRYON COLVIN; CALE OSBORN; NEIL BAKER; MARK HEMINGHOUS; TINA WHITE; JOHN DOE 1-10; JANE DOE 1-10

    Defendants.

ORDER AUTHORIZING WITHDRAWAL  ( Docket No. 42 )

    THIS MATTER is before the Court upon the Motion of Franklin D. Patterson and Gregg E. Kay of the law firm of Patterson, Nuss & Seymour, P.C. to withdraw from representation of David Tubbs. The Court has examined the Motion and finds that good cause has been shown for the granting the relief requested.

    IT IS HEREBY ORDERED, that Franklin D. Patterson and Gregg E. Kay, attorneys, and the law firm of Patterson, Nuss & Seymour, P.C., be and hereby are granted leave to withdraw from this case as attorneys-of-record for David Tubbs.

ORDERED this 29 day of June, 2005.

Mr. Tubbs shall Retain new legal counsel forthwith or be prepared to proceed Pro Se on all future motions, hearings and Trial.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

Page 1