IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-601-WYD-MJW

JOSHUA BRUDWICK and
KATHRYN RHODES,

      Plaintiff(s),

v.

JOHN G. MINOR, SUMMIT COUNTY SHERIFF;
BOARD OF COUNTY COMMISSIONERS, SUMMIT COUNTY;
THOMAS WICKMAN, CHIEF OF FRISCO POLICE DEPARTMENT;
TOWN OF FRISCO;
DAVID TUBBS;
MEADOW CREEK VILLAS PHASE II HOMEOWNERS ASSOCIATION;
DEREK WOODMAN;
SHARON RUSZEZYK;
BRYON COLVIN;
CALE OSBORN;
NEIL BAKER;
MARK HEMINGHOUS;
TINA WHITE;
MARK WHITE;
JOHN DOE 1-10;
JANE DOE 1-10,

      Defendant(s).

---

**ORDER**

---

      THIS MATTER is before the Court on a Stipulated Motion to Dismiss Defendant

Sharon Ruszezyk With Prejudice, filed September 23, 2005.  Having reviewed the

Motion and being otherwise fully advised, it is

      ORDERED that the Stipulated Motion to Dismiss Defendant Sharon Ruszezyk

With Prejudice is **GRANTED**.  It is

FURTHER ORDERED that the claims and causes of action asserted against

Defendant Sharon Ruszezyk are **DISMISSED WITH PREJUDICE**, each side to bear his

or her own attorneys' fees and costs.


Dated:  September 23, 2005

                                                  BY THE COURT:


                                                  s/ Wiley Y. Daniel
                                                  Wiley Y. Daniel
                                                  U. S. District Judge