IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-601-WYD-MJW

JOSHUA BRUDWICK and
KATHRYN RHODES,

    Plaintiffs,

v.

JOHN G. MINOR, SUMMITT COUNTY SHERIFF, et al.;

    Defendants.

## ORDER

THIS MATTER is before the Court on a further review of the file.  By Order dated October 20, 2005, I denied as moot a number of motions filed by Defendants that related to the original complaint.  That Order did not reference Meadow Creek Villas Phase II Homeowners Association's ["Meadow Creek"] Motion to Dismiss filed April 22, 2005 (docket # 18).  That motion is also denied as moot for the same reasons that I denied Meadow Creek's Motion to Dismiss filed April 20, 2005 in the October 20, 2005 Order.

Accordingly, it is

ORDERED that Defendant Meadow Creek Villas Phase II Homeowners Association's Motion to Dismiss filed April 22, 2005 (docket # 18) is **DENIED AS MOOT**.

Dated: November 1, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge