IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-601-WYD-MJW

JOSHUA BRUDWICK and
KATHRYN RHODES,

    Plaintiffs,

v.

JOHN G. MINOR, SUMMITT COUNTY SHERIFF, et al.;

    Defendants.

## ORDER

THIS MATTER is before the Court on two motions filed by Plaintiffs. Specifically, on October 10, 2005, Plaintiffs filed a Motion to Dismiss Plaintiffs' Third, Fourth and Tenth Claims for Relief (assault and battery, trespass and exemplary damages).  Also on October 10, 2005, Plaintiffs filed a Motion to Dismiss Plaintiffs' Sixth Claim for Relief Against Defendants David Tubbs, Meadow Creek Villas Phase II Homeowners Association, Bryon Colvin, Cale Osborn, Neil Baker, Mark Heminghous, Tina White and Mark White Only (defamation).

Plaintiffs assert in the motions that after discovery was completed, they determined that there is not a sufficient basis  to go forward on the third, fourth and tenth claims.  As to the sixth claim, Plaintiffs indicate that they have determined that the Defendants who Plaintiffs seek to dismiss the claim against did not make defamatory statements.  Defendants have indicated in their response briefs that they do not oppose

these motions so long as the dismissal of these claims is with prejudice. Accordingly, the Motion to Dismiss Plaintiffs' Third, Fourth and Tenth Claims for Relief and the Motion to Dismiss Plaintiffs' Sixth Claim for Relief against certain Defendants are granted.

Finally, I note that a Scheduling Order was filed on June 20, 2005 and the case has not yet been set for trial. Accordingly, a five (5) day jury trial is set to commence Monday, June 4, 2007 at 9:00 a.m. A Final Trial Preparation Conference is set Friday, May 25, 2007 at 1:00 p.m.

In conclusion, it is

ORDERED that Plaintiffs' Motion to Dismiss Plaintiffs' Third, Fourth and Tenth Claims for Relief filed October 10, 2005, is **GRANTED**. In accordance therewith, the Third, Fourth and Tenth Claims for Relief are **DISMISSED WITH PREJUDICE**. It is

FURTHER ORDERED that Plaintiffs' Motion to Dismiss Plaintiffs' Sixth Claim for Relief Against Defendants David Tubbs, Meadow Creek Villas Phase II Homeowners Association, Bryon Colvin, Cale Osborn, Neil Baker, Mark Heminghous, Tina White and Mark White Only is **GRANTED**. In accordance therewith, the Sixth Claim is **DISMISSED WITH PREJUDICE** only as to those Defendants named in Plaintiffs' Motion. The Sixth Claim remains pending as to the other Defendants. Finally, it is

ORDERED that a five (5) day jury trial is set to commence **Monday, June 4, 2007 at 9:00 a.m.** A Final Trial Preparation Conference is set **Friday, May 25, 2007 at 1:00 p.m.**

Dated: November 3, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge