IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00601-WYD-MJW

JOSHUA BRUDWICK and
KATHRYN RHODES,

    Plaintiffs,

v.

JOHN G. MINOR, SUMMITT COUNTY SHERIFF, et al.;

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion to Withdraw filed by Gregg E. Kay on November 15, 2005 (docket # 87) is **GRANTED**. The Court finds that good cause has been shown for granting the relief requested in the motion. Accordingly, Gregg E. Kay is granted leave to withdraw from this case as attorney-of-record for David Tubbs. Attorney Franklin D. Patterson remains counsel of record for David Tubbs.

Dated: November 15, 2005

                                s\ Sharon Shahidi
                                Law Clerk to
                                Wiley Y. Daniel
                                U.S. District Court