IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-601-WYD-MJW

JOSHUA BRUDWICK and
KATHRYN RHODES,

    Plaintiffs,

v.

JOHN G. MINOR, SUMMITT COUNTY SHERIFF, et al.;

    Defendants.

## ORDER

THIS MATTER is before the Court on the Stipulation to Dismiss All Claims with Prejudice Against Defendants David Tubbs and Meadow Creek Villas Phase II Homeowners Association filed December 8, 2005.  The Court, having reviewed the Stipulation and file and being fully advised in the premises, hereby

ORDERS that the Stipulation to Dismiss All Claims with Prejudice Against Defendants David Tubbs and Meadow Creek Villas Phase II Homeowners Association is **GRANTED**, and all claims are **DISMISSED WITH PREJUDICE** against those two Defendants only, each party to pay their own attorney fees and costs.  It is

FURTHER ORDERED that Defendant Meadow Creek Villas Phase II Homeowners Association's Motion to Dismiss Amended Complaint filed November 7, 2005, is **DENIED AS MOOT** in light of the dismissal of this Defendant.

Dated: December 16, 2005

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge