IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00601-WYD-MJW

JOSHUA BRUDWICK and
KATHRYN RHODES,

Plaintiffs,

v.

JOHN G. MINOR, SUMMIT COUNTY SHERIFF, et al.,

Defendants.

---

**ORDER REGARDING DEFENDANT MARK WHITE'S MOTION TO COMPEL
(DOCKET NO. 93)**

---

**Entered by Magistrate Judge Michael J. Watanabe**

This matter is before the court on Defendant Mark White's Motion to Compel (docket no. 93). The court has reviewed the motion and response thereto. In addition, the court has taken judicial notice of the court's file and applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

The court finds that Plaintiffs have failed to respond fully to Defendant White's discovery requests as follows. The Plaintiffs have provided incomplete information concerning: (1) addresses for Plaintiff Rhode's former employers; (2) addresses and

2

telephone numbers for two of Plaintiffs' witnesses, Brittany Connor and Sarah Johnson; (3) receipts and documentation detailing Plaintiffs' alleged damages; and (4) a videotape allegedly depicting Plaintiffs' condominium until following the execution of the July 25, 2004, search warrant.  The court further finds that the discovery requested by Defendant White as outlined above in numbers 1 through 4, inclusive, are relevant to the issues before this court and are discoverable under Fed. R. Civ. P. 26.  In addition, the court finds that such information should have been provided to Defendant White in response to Defendant White's discovery requests.

Accordingly, based upon these findings, this court **ORDERS** that Defendant Mark White's Motion to Compel (docket no. 93) is **GRANTED**.  Plaintiffs shall fully respond to numbers 1 through 4 , inclusive, as listed above on or before January 31, 2006.  It is **FURTHER ORDERED** that Plaintiffs shall pay reasonable expenses pursuant to Fed. R. Civ. P. 37 (a)(4)(A) to Defendant White for having to file the subject motion to compel.  Reasonable expenses shall include attorney fees and costs.  Plaintiffs and Defendant White are to forthwith meet and confer and see if they can agree upon a amount of reasonable expenses.  If they can agree, then they shall file their stipulation concerning reasonable expenses with the court on or before January 31, 2006.  If the Plaintiffs and Defendant White cannot agree on the amount of reasonable expenses, then the Defendant White shall file with the court his itemized affidavit for attorney fees and costs with supporting back-up documentation on or before January 31, 2006.  The Plaintiffs shall then have until February 10, 2006, to file their response to Defendant White's itemized affidavit for attorney fees and costs.  If a

3

response is filed, then Defendant White shall have up to and including February 17, 2006, to file any reply to Plaintiffs' response.

Done this 11th day of January 2006.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge