IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00601-WYD-MJW

JOSHUA BRUDWICK and
KATHRYN RHODES,

    Plaintiffs,

v.

JOHN G. MINOR, SUMMITT COUNTY SHERIFF;
BOARD OF COUNTY COMMISSIONERS OF SUMMIT COUNTY;
THOMAS WICKMAN, CHIEF OF FRISCO POLICE DEPARTMENT;
TOWN OF FRISCO;
DEREK WOODMAN;
BRYON COLVIN;
CALE OSBORN;
NEIL BAKER;
MARK HEMINGHOUS;
TINA WHITE;
MARK WHITE;
JOHN DOE 1-10;
JANE DOE 1-10,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Motion To Permit Filing Of Joint Statement Of Undisputed Material Facts filed January 20, 2006 is **GRANTED**.  Defendants may file a Joint Statement of Undisputed Material Facts, in lieu of each Defendant filing its own separate statement of facts.  The Joint Statement of Undisputed Material Facts may exceed the 15-page limit for briefs, but shall not exceed a total of 25 pages.

Dated:  January 20, 2006

                                              s\ Sharon Shahidi
                                              Law Clerk to
                                              Wiley Y. Daniel
                                              U.S. District Court