IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-601-WYD-MJW

JOSHUA BRUDWICK and
KATHRYN RHODES,

   Plaintiffs,

v.

JOHN G. MINOR, SUMMITT COUNTY SHERIFF, et al.;

   Defendants.

## ORDER

THIS MATTER is before the Court on three stipulated motions filed in this case: (1) the Stipulated Motion to Dismiss Claims against Defendant Tina White with Prejudice (filed January 31, 2006), (2) the Stipulated Motion to Dismiss Claims against Defendant Neil Baker with Prejudice (filed January 31, 2006), and (3) the Stipulated Motion to Dismiss Claims against Defendant Mark White with Prejudice (filed February 1, 2006).  The Court, having reviewed the stipulated motions and being fully advised in the premises, hereby

ORDERS that the Stipulated Motion to Dismiss Claims against Tina White With Prejudice is **GRANTED**, and all claims are **DISMISSED WITH PREJUDICE** against Tina White.  It is

FURTHER ORDERED that Defendant Tina White's Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) filed May 17, 2005, is **DENIED AS MOOT** in light of this dismissal. It is

FURTHER ORDERED that the Stipulated Motion to Dismiss Claims against Defendant Neil Baker With Prejudice is **GRANTED**, and all claims are **DISMISSED WITH PREJUDICE** against Defendant Neil Baker. It is

FURTHER ORDERED that the Stipulated Motion to Dismiss Claims against Defendant Mark White With Prejudice is **GRANTED**, and all claims are **DISMISSED WITH PREJUDICE** against Defendant Mark White. It is

FURTHER ORDERED that each party shall bear their own costs and attorney fees.

Dated: February 1, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge