IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-601-WYD-MJW

JOSHUA BRUDWICK and
KATHRYN RHODES,

 Plaintiffs,

v.

JOHN G. MINOR, SUMMITT COUNTY SHERIFF, et al.;

 Defendants.

---

## ORDER

---

 THIS MATTER is before the Court on the Stipulated Motion to Dismiss Defendant Bryon Colvin with Prejudice (filed February 3, 2006).  The Court, having reviewed the stipulated motion and being fully advised in the premises, hereby

 ORDERS that the Stipulated Motion to Dismiss Defendant Bryon Colvin With Prejudice is **GRANTED**, and all claims are **DISMISSED WITH PREJUDICE** against Defendant Bryon Colvin, each party to bear their own costs and attorney fees.

 Dated:  February 6, 2006

          BY THE COURT:


          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          U. S. District Judge