IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00601-WYD-MJW

JOSHUA BRUDWICK and
KATHRYN RHODES,

      Plaintiffs,

v.

JOHN G. MINOR, SUMMITT COUNTY SHERIFF, et al.,

      Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     The Summit County Defendants' Motion for Leave to Exceed the Page Limitation on their Motion for Summary Judgment is **GRANTED** to the extent it requests to exceed the page limitation imposed by this Court, and the Court will accept the motion for summary judgment in the form tendered by Defendants upon its filing.  However, to the extent the motion requests that the Court actually accept for filing the tendered summary judgment motion, this request is **DENIED**.  The Summit County Defendants should refile their motion for summary judgment as a new document so that it can properly be docketed as a separate motion.

     Dated:  February 6, 2006

                     s\ Sharon Shahidi
                     Law Clerk to
                     Wiley Y. Daniel
                     U.S. District Court