IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00601-WYD-MJW

JOSHUA BRUDWICK and
KATHRYN RHODES,

     Plaintiffs,

v.

JOHN G. MINOR, SUMMITT COUNTY SHERIFF, et al.,

     Defendants.

### MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendants' Motion for Leave to File Amended Proposed Order (filed July 6, 2006) is **GRANTED**.  The Amended Proposed Order attached to Defendants' Motion (docket # 146-2) is accepted for filing.

     Dated:  July 10, 2006