IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00601-WYD-MJW

JOSHUA BRUDWICK and
KATHRYN RHODES,

     Plaintiffs,

v.

JOHN G. MINOR, SUMMITT COUNTY SHERIFF, et al.;

     Defendants.

## ORDER

THIS MATTER is before the Court on the parties' Stipulation for Waiver of Costs and Appeal filed August 14, 2006.  The Court, having reviewed the Stipulation and being fully advised in the premises, hereby

ORDERS that the Stipulation whereby Plaintiffs wish to waive their right to appeal in exchange for Defendants' waiver of the recovery of costs of suit is **APPROVED**.  It is

FURTHER ORDERED that the John Doe 1-10 Defendants and the Jane Doe Defendants 1-10 are **DISMISSED**, as summary judgment has been granted in favor of the named Defendants and this case is terminated.

Dated:  August 15, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge